IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THOMPSON, | ) | |
| | ) | 4:05CV3137 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| GOODYEAR TIRE & RUBBER CO., | ) | |
| | ) | |
| Defendant. | ) | |

A request has been made for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court