IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES THOMPSON, ) | |
| ) | |
| Plaintiff, ) | 4:05cv3137 |
| ) | |
| v. ) | |
| ) | |
| GOODYEAR TIRE AND RUBBER, ) | ORDER |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 8 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 8 from the record.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge