IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3137 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE AND RUBBER COMPANY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by August 23, 2005, file their Report of Parties' Planning Conference.

DATED August 5, 2005.

/s/ *David L. Piester*

United States Magistrate Judge